AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Seibel, Cathy | 2. Court or Organization<br><br>U.S. District Court --S.D.N.Y. | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge -- active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

Charles L. Brieant U.S. Courthouse
300 Quarropas St., Rm. 633
White Plains, NY 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice-President | ▨ |
| 2. board member | Fordham Law Alumni Association |
| 3. Adjunct Professor of Law (part-time trial practice instructor) | Columbia University School of Law |
| 4. board member | ▨ |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | $10,000 compensation for instructing Trial Practice course at Columbia University School of Law January - April 2014 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Columbia University -- payment for teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | New York University -- salary as faculty member and physician |
| 2. 2/8/13 | New York Times -- payment for writing |
| 3. 2/28/13 | Johns Hopkins University Press -- book royalties |
| 4. 3/15/13 | Philadelphia College of Osteopathic Medicine -- payment for speaking |
| 5. 3/1/13 | University of Michigan -- payment for participation on dissertation committee (see Additional Information section) |
| 6. 3/8/13 | Beacon Press -- book advance |
| 7. 3/31/13 | Johns Hopkins University Press -- book royalties |
| 8. 5/9/13 | New York Times -- payment for writing |
| 9. 5/17/13 | New York Times -- payment for writing |
| 10. 9/9/13 | The Atlantic -- payment for writing |
| 11. 9/12/13 | New York Times -- payment for writing |
| 12. 9/13/13 | Montefiore Medical Center -- payment for speaking |
| 13. 9/17/13 | Rutgers University -- payment for speaking |
| 14. 9/20/13 | The Atlantic -- payment for writing |
| 15. 10/29/13 | Beacon Press -- book advance |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/15/2014 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Heritage Fund (formerly American Century Vista Fund) | C | Dividend | L | T | | | | | |
| 2. | Astoria Federal Savings account (savings) | A | Interest | M | T | | | | | |
| 3. | Astoria Federal Savings account (savings) | A | Interest | L | T | | | | | |
| 4. | Astoria Federal Savings account (checking) | A | Interest | J | T | | | | | |
| 5. | AT&T common stock | A | Dividend | J | T | | | | | |
| 6. | AT&T common stock | A | Dividend | J | T | | | | | |
| 7. | Brandywine Fund | A | Dividend | K | T | Redeemed (part) | 07/11/13 | K | | |
| 8. | Comcast common stock | A | Dividend | J | T | | | | | |
| 9. | Comcast common stock | A | Dividend | J | T | | | | | |
| 10. | Prudential (formerly Dryden) Global Total Return Fund | A | Dividend | J | T | | | | | |
| 11. | Dreyfus NY Tax-Exempt Bond Fund | B | Dividend | K | T | | | | | |
| 12. | Enbridge Energy Partners LP common stock | B | Dividend | K | T | | | | | |
| 13. | Fidelity Magellan Fund (IRA) | C | Distribution | K | T | | | | | |
| 14. | Fidelity Capital Appreciation Fund (IRA) | C | Distribution | K | T | | | | | |
| 15. | Fidelity NY Muni Income Fund | C | Interest | L | T | | | | | |
| 16. | Janus Fund | B | Dividend | M | T | | | | | |
| 17. | John Hancock Patriot Premium Div Fund I common stock | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Active Assets Money Trust | A | Interest | K | T | | | | | |
| 19. NY 529 Plan -- Moderate Age-Based Option Income Portfolio | | None | | | Redeemed | 07/26/13 | K | D | |
| 20. RS Growth Fund | | None | L | T | | | | | |
| 21. TIAA/CREF T-C Lifecycle 2025 Inst Fund (formerly Rtrmt. Fund) | B | Dividend | K | T | | | | | |
| 22. TIAA/CREF Lifecycle Index 2025 Prem. Fund | A | Dividend | J | T | | | | | |
| 23. TIAA/CREF stock fund (retirement annuity) | | None | N | T | | | | | |
| 24. TIAA/CREF global equity fund (retirement annuity) | | None | L | T | | | | | |
| 25. T. Row Price Blue Chip Growth Fund IRA | A | Dividend | K | T | | | | | |
| 26. T. Rowe Price Blue Chip Growth Fund IRA | A | Dividend | K | T | | | | | |
| 27. T. Rowe Price Prime Reserve Fund | A | Dividend | M | T | | | | | |
| 28. T. Rowe Price Prime Reserve Fund | A | Dividend | M | T | | | | | |
| 29. T. Rowe Price Prime Reserve Fund | A | Dividend | N | T | | | | | |
| 30. Vanguard 500 Index Fund (retirement annuity) | D | Dividend | N | T | | | | | |
| 31. Vanguard International Growth Fund (retirement annuity) | B | Dividend | L | T | | | | | |
| 32. Vanguard Long-Term Treasury Inv. Fund (retirement annuity) | A | Dividend | J | T | | | | | |
| 33. Vanguard Long-Term Bond Index Fund (retirement annuity) | A | Dividend | J | T | | | | | |
| 34. Vanguard Infl'n-Prot'd Secinst (formerly Sec A) (retirement annuity) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard US Growth Adm (retirement annuity) | | None | J | T | Open | 03/01/13 | J | | |
| 36. Vanguard Target 2025 Inv (retirement annuity) | | None | J | T | Open | 07/02/13 | J | | |
| 37. Vanguard Int Term Inv Gd Adm (retirement annuity) | A | Dividend | J | T | Open | 03/01/13 | J | | |
| 38. Vanguard High Yield Corp Adm (retirement annuity) | A | Dividend | J | T | Open | 03/01/13 | J | | |
| 39. Zweig Total Return Fund Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.B.
Re: [redacted] 3/1/13 payment from University of Michigan for participation in dissertation committee: participation was 11/30/12 but payment was made 3/1/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Seibel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544